**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In the matter of:**

HALL, JOYCE E.                              Case No. 04-49624
                                            Chapter 7
                                            Hon. Marci B. McIvor

         Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check (will be mailed separately) in the amount of $4,693.30 represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names of the Party entitled to these unclaimed dividends are listed below.

|    | Creditor Name | Claim No. | Amount of Dividend |
|----|---------------|-----------|--------------------|
| 1. | Aetna US Healthcare (CORE)<br>Acct. No. 397357, PO Box 145<br>Grand Rapids, MI 49501 | 3 | $1,575.99 |
| 2. | Sears Premier Card<br>PO Box 818017<br>Cleveland, OH 44181-8017 | 4 | 1,229.27 |
| 3. | Provident Bank<br>PO Box 21550<br>Tulsa, OK 74121-1550 | 5 | 1,431.00 |
| 4. | Forty-Seventh District Court<br>31605 W. Eleven Mile<br>Farmington, MI 48336 | 11 | 457.04 |
|    | | Total | $4,693.30 |

Dated: July 27, 2006        /s/ Michael A. Stevenson (P37638)
                                          29200 Southfield Rd., Suite 210
                                          Southfield, MI 48098
                                          (248) 423-8200 Ext. 223
                                          mstevenson@stevensonbullockplc.com