**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In the matter of:**

HALL, JOYCE E.             Case No. 04-49624
                           Chapter 7
                           Hon. Marci B. McIvor

      Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

     The attached check (will be mailed separately) in the amount of $31.53 represents the total sum of the unclaimed dividend in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name of the Party entitled to this unclaimed dividend is listed below.

| | Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|---|
| 1. | Botsford Hospital<br>28050 Grand River Avenue<br>Detroit, MI  48336 | 2 | $31.53 |
| | | Total | $31.53 |

Dated: August 7, 2006

/s/ Michael A. Stevenson (P37638)
29200 Southfield Rd., Suite 210
Southfield, MI  48098
(248) 423-8200 Ext. 223
mstevenson@stevensonbullockplc.com