UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Joyce E Hall                                  Case No.   04-49624-MBM
                                              Chapter    7

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

An Application for Payment from Unclaimed Funds was filed by Lawrence Reynolds on May 6, 2014. Upon further review, proper documentation required has not been not been provided as requested, therefore,

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by Lawrence Reynolds on May 6, 2014, is hereby **DENIED**.

Signed on July 21, 2014

　　　　　　　　　　　　　　　　　/s/ Marci B. McIvor
　　　　　　　　　　　　　　　　　Marci B. McIvor
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge